ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Medical Problem List
S T A    N R C    C E N T E R

N60788  BURT, RONALD E.
Age:    40          DOB: 01/17/1967
Race: WHI           Sex: M
NRC 01/26/2007

ID#. _____
MI

| Problem Number | Date Entered | Problem List | Problem Resolved | Date Resolved |
|---|---|---|---|---|
| 1 | 1/31/07 | NKA | | |
| 2 | " | Hep C | | |
| 3. | " | scoliosis | | |
| | 4/30/ | 23" bld  liver bit cos Btm | | |
| | 1/16/9 | MEN Problem List Updated as Date & Int. Routine Care, No Change   N KDA  Additions: 1. Hx alcohol & multiple substance abuse  2. (R) knee reconstructive surg 1887  3. (L) Pneumthrx 1985  4. Hep. C.   Hx/ | | |
| | 2/23/11 | Problem addressed, no addition no changes.  JH | | |
| | | MENARD PROBLEM LIST REVIEWED  Updated Fo: Transfer In  The changes a. Hepatitis C/C | | |
| | 1/2/13 | HEPC CC DONE  D Carly/N | | |
| | 6 26 13 | MENARD PROBLEM LIST REVIEWED  Updated For: intal return  The changes are  Hep C C | | |

Distribution  Offender's Medical Record

Printed on Recycled Paper

DOC 0088 (Eff. 9/2002)
(Replaces DC 7141-A)

EXHIBIT
1

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Medical Problem List**

S T A     N R C     C E N T E R

Offender Information:

| Last Name | First Name | MI | ID# |
|---|---|---|---|
| Burt | Ronald | | N60788 |

| Problem Number | Date Entered | Problem List | Problem Resolved | Date Resolved |
|---|---|---|---|---|
| | 7/6/13 | JR = HCV treatment started 6/25/8 HCV tx stopped D/T ~~thrombocytopenia~~ Thrombocytopenia 2° to Hev Rx on 9/24/8 | | |
| | 7/19/13 | Hev clinic dx | | |
| | 10-2-13 | MENARD PROBLEM LIST REVIEWED Updated for The changes are Heps CC | | |
| | 7/6/14 | HCVCC Done / good control I'm Not Eligible for HCV tx | | |
| | 8/7/14 | @ present D/T T Albrosure | | |
| | 12/1/14 | Hep CC Done - gral control | | |
| | 10/17/15 | Hep CC CC Done - | | |
| | 12/7/15 | Hep C CC done | | |

Offer

Date 1 31,07

Time 1150 A  ☐ a m  ☐ p m

Race

Gena...

N60788  BURT, RONALD E.
Age:   40          DOB: 01/17/1967
Race: WHI          Sex: M
NRC 01/26/2007

ID#: _____

___merican  ☐ Other_____

4 _____

| Objective: System | Normal | ABN | Explanation: |
|---|---|---|---|
| Head, Neck, Face, & Scalp | ✓ | | |
| Nose and Sinuses | ✓ | | |
| Mouth and Throat | ✓ | | Oral Condition |
| Ears | ✓ | | Drums |
| Eyes | ✓ | | Pupils — Fundoscopic: |
| | | | Accommodation: |
| Lungs and Chest including Breast | ✓ | | Auscultation: |
| Heart | ✓ | | Rate: — Size |
| | | | Rhythm: — Murmurs |
| Vascular | ✓ | | |
| Abdomen | ✓ | | Consistency — Tenderness |
| | | | Masses: — Scars |
| Anus Rectum | ✓ | | Visual: |
| (Prostate = 40+ Male Only) | | | Digital: — Guaiac + / - / R |
| Genito-Urinary System | | | |
| Upper Extremities | ✓ | | Strength: — ROM |
| Lower Extremities | | | Strength: — ROM |
| Spine and Musculo-Skeletal | | ✓ | lordosis noted C-Spine / curvature T-Spine slight |
| Skin and Lymphatics | ✓ | | |
| Neurologic DTR's | ✓ | | Romberg: Biceps Patella: |
| Mental Status | | | |
| Pelvis (Female Only) | | | Cervix: — Vaginal Canal: |
| | | | Fundus: — PAP: ☐ Y  ☐ N  ☐ R |

**Assessment: Problem #_____**

1. NKA
2. Hep C
3. Scoliosis

**Plan:** Check box as appropriate and complete plan)

Placement Consideration:  ☐ Yes  ☐ No
HR:  ☐ Yes  ☐ No
Food Handler Status:

1. mother furn ÷ ___ phon
2. refer to Hepatitis clinic
3. Ht education STE / testhealth exam / exercise / diet

**Examiners Signature:**

L. Wms, poc          R. Wms, poc          1-31-07

Distribution:  Offender's Medical Record          Side 2          DOC 0069 (Eff 9/2002)
Printed on Recycled Paper          (Replaces DC 872)

ILLINOIS DEPARTMENT OF CORRECTIONS
## Offender Health Status Transfer Summary

**Transferring Facility:**

Offender Information:

Last Name: _Burt_   First Name: _Ronald_   MI: ____   ID#: _N60788_

STATEVILLE NRC _____ Center

Date: _6/19/07_   Time: _____   ☐ a.m. ☐ p.m.

Transfer Screening (completed by transferring facility health care staff):

Allergies: _NKA_

Food Handler Approved: _____

Current / Acute Conditions / Problems: _____

Chronic Conditions / Problems: _Scliosis, Migranes_

**Current Medications** (name, dosage, frequency, and duration):

Acute Short-term: _____

Chronic Long-term: _Matron 400z P.O. T I D x 3 month_

Chronic Psychotropic: _____

**Current Treatments:** _____

**Therapeutic Diets:** _____

**Follow-Up Care:** _____

**Chronic Clinics:** _HR_

Specialty Referrals: _____

**Significant Medical History:** _Hep C  Migranes  Scoliosis_

**Physical Disabilities / Limitations:** _____

**Assistive Devices / Prosthetics:** _____   ☐ Glasses   ☐ Dentures

Mental Health Issues: ☐ Hx Suicide Attempt: Date: __ / __   ☐ Hx Psych Med  ☐ Hx MPC / STC   Substance Abuse: ☐ Alcohol  ☐ Drugs

R & C Use Only: ☐ LAB  ☑ EKG  ☐ CXR  ☐ Dental  ☐ MEDS  ☐ MH  ☐ Other: _____   ☐ Packet Complete

Print Name and Title _____   Signature _____   Date _6/19/07_

**Reception Screening** (completed by receiving facility health care staff):

Facility: _____

Date: __ / __   Time: _____   ☐ a.m. ☐ p.m.

**Subjective:**
Current Complaint: _____
Current Medications/Treatment: _____

**Assessment:** _____

**Objective:**
Physical Appearance/Behavior: _____

Deformities: Acute/Chronic: _____

T: ____  P: ____  R: ____  B/P: ____ / ____

**Plan: Disposition:**
☐ Health Information Given   ☐ Emergency Referral: _____
☐ Sick Call:  Urgent / Routine
☐ Medication Evaluation   ☐ Therapeutic Diet   ☐ Special Housing   ☐ Chronic Clinics
☐ Work / Program Limitation   ☐ Specialty Referrals   ☐ Other (specify): _____
☐ Infirmary Placement:
☐ Other (specify): _____

Printed Name and Title _____   Signature _____   Date __ / __

### For adult transition center transfers only:

I understand that medical and dental care are my responsibility while I am housed in a transition center. I also understand that if I am in need of health care and I cannot afford to pay for it, I may be transferred back into a facility within the Department that can provide my medical, mental health, or dental needs.

_____   ☐ a.m. ☐ p.m.

Distribution: Offender's Medical Record; Transferring Facility;
Receiving Facility

*Printed on Recycled Paper*

DOC 0090 (Eff. 9/2002)
(Replaces DC 873)

MEN 01500

BURT SELECTED (MR) 0004

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_____ **Stateville Correctional** _____ Center

p chart
NKDA

| Offender Information: | | |
|---|---|---|
| Burt | Randy | ID#: N60788 |
| Last Name | First Name | MI |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9z/02/07 | PA NOTE | 1. Motrin 400mg i po |
| 9³⁰ᴬ | 40 y/o ·wm c/o scoliosis | bm prn pain x 4 [mos] |
| 145 lbs | now has pain in neck and middle part of his back. | 2. pt education/ reassurance; |
| 72" | Just arrived here from NRC | 3. RTC prn |
| 136/94 BP | Pain has been going on for past | |
| 101· PR | 45 yrs pretty consistently. | ℒ 3 times + [illegible] |
| | Was seen 2 days ago yes. | no [illegible] |
| | Physical exam and hasn't | |
| | received medicine yet. Hard | |
| | to sleep | |
| | D = gen = wnl | |
| | HL = wnl · | |
| | eNT = c-spine c̄ lordosis noted | |
| | tent to palp · paraspinal musculature) | |
| | and + spine c̄ prominency and | |
| | paraspinal musculature tent to palp | |

ILLINOIS DEPARTMENT OF CORRECTIONS

A = 1. musculoskeletal pain
    2. scoliosis

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

MEN 01499

BURT SELECTED (MR) 0005

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender Health Status Transfer Summary**

**Transferring Facility:**

Stateville Correctional Center

| Offender Information: | | |
|---|---|---|
| BURT | RONALD | ID#: N60788 |
| Last Name | First Name | MI |

Date: _1 , 2 , 08_   Time: _1:30_   ☐ a.m. ☒ p.m.

**Transfer Screening** (completed by transferring facility health care staff):

Allergies: _NKA_   Food Handler Approved: _____

Current / Acute Conditions / Problems: _____

Chronic Conditions / Problems: _HEP C    Scoliosis_

**Current Medications** (name, dosage, frequency, and duration):

Acute Short-term: _____

Chronic Long-term: _____

Chronic Psychotropic: _motrin 400mg po Tid_

Current Treatments: _X_

Therapeutic Diets: _RBC_

Follow-Up Care: _R. HCC_

Chronic Clinics: _High Risk_

Specialty Referrals: _X_

Significant Medical History: _HEP C ; migraines , Scoliosis_

Physical Disabilities / Limitations: _X_

Assistive Devices / Prosthetics: _X_      ☐ Glasses   ☐ Dentures

Mental Health Issues:  ☐ Hx Suicide Attempt: Date: ___/___/___    ☐ Hx Psych Med  ☐ Hx MPC / STC   Substance Abuse:  ☐ Alcohol  ☐ Drugs

R & C Use Only:  ☐ LAB   ☐ EKG   ☐ CXR   ☐ Dental   ☐ MEDS   ☐ MH   ☐ Other: _____    ☐ Packet Complete

| _Ko Grou_ | _Mul Sate_ | _1 , 2 , 08_ |
|---|---|---|
| Print Name and Title | Signature | Date |

**Reception Screening** (completed by receiving facility health care staff):

Facility: _____    Date: ___/___/___   Time: _____   ☐ a.m. ☐ p.m.

Subjective:                                          Assessment:

Current Complaint: _____

Current Medications/Treatment: _____

Objective:                                           Plan: Disposition:

Physical Appearance/Behavior: _____     ☐ Health Information Given   ☐ Emergency Referral: _____
                                                   ☐ Sick Call:  Urgent / Routine
                                                   ☐ Medication Evaluation   ☐ Therapeutic Diet   ☐ Special Housing   ☐ Chronic Clinics

Deformities: Acute/Chronic: _____      ☐ Work / Program Limitation   ☐ Specialty Referrals   ☐ Other (specify): _____
                                                   ☐ Infirmary Placement: _____
T: ___  P: ___  R: ___  B/P: ___ / ___     ☐ Other (specify): _____

| | | ___/___/___ |
|---|---|---|
| Printed Name and Title | Signature | Date |

**For adult transition center transfers only:**

I understand that medical and dental care are my responsibility while I am housed in a transition center. I also understand that if I am in need of health care and I cannot afford to pay for it, I may be transferred back into a facility within the Department that can provide my medical, mental health, or dental needs.

| | | ☐ a.m. ☐ p.m. |
|---|---|---|
| Offender's Signature | Date | Time |

Distribution:  Offender's Medical Record; Transferring Facility;                    DOC 0090 (Eff. 9/2002)

MEN 01505

BURT SELECTED (MR) 0006

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender Health Status Transfer Summary**

**Transferring Facility:**
STA-NRC    CENTER

**Offender Information:**
Last Name: Burt   First Name: Ronald   Mi:   ID#: N60788

Date: 1, 28, 08    Time: ____    ☐ a.m. ☐ p.m.

**Transfer Screening** (completed by transferring facility health care staff):

Allergies: ____

Food Handler Approved: ____

Current / Acute Conditions / Problems: ____

Chronic Conditions / Problems: Hep c+ , Sehosis

Current Medications (name, dosage, frequency, and duration):
Acute Short-term: Motrin 400mg TID PRN
Chronic Long-term: ____
Chronic Psychotropic: ____

Current Treatments: Ø

Therapeutic Diets: Regular diet

Follow-Up Care: F/U @ FD

Chronic Clinics: high risk clinic

Specialty Referrals: Ø

Significant Medical History: Ø

Physical Disabilities / Limitations: hx Migraines, Scoliosis

Assistive Devices / Prosthetics:    ☐ Glasses    ☐ Dentures

Mental Health Issues:    ☐ Hx Suicide Attempt: Date: __/__/__    ☐ Hx Psych Med    ☐ Hx MPC / STC    Substance Abuse: ☐ Alcohol ☐ Drugs

R & C Use Only:    ☐ LAB    ☐ EKG    ☐ CXR    ☐ Dental    ☐ MEDS    ☐ MH    ☐ Other: ____    ☐ Packet Complete

Print Name and Title: Joseph A Renfrow    Signature: ____    Date: 1, 28, 08

**Reception Screening** (completed by receiving facility health care staff):

Facility: ____    Date: __/__/__    Time: ____    ☐ a.m. ☐ p.m.

Subjective:
Current Complaint: ____

Current Medications/Treatment: ____

Assessment: ____

Objective:
Physical Appearance/Behavior: ____

Deformities: Acute/Chronic: ____

T: ____ P: ____ R: ____ B/P: __/__

Plan: Disposition:
☐ Health Information Given    ☐ Emergency Referral: ____
☐ Sick Cell:   Urgent / Routine
☐ Medication Evaluation    ☐ Therapeutic Diet    ☐ Special Housing    ☐ Chronic Clinics
☐ Work / Program Limitation    ☐ Specialty Referrals    ☐ Other (specify): ____
☐ Infirmary Placement:
☐ Other (specify): ____

Printed Name and Title: ____    Signature: ____    Date: __/__

**For adult transition center transfers only:**
I understand that medical and dental care are my responsibility while I am housed in a transition center. I also understand that if I am in need of health care and I cannot afford to pay for it, I may be transferred back into a facility within the Department that can provide my medical, mental health, or dental needs.

Offender's Signature: ____    Date: ____    Time: ____    ☐ a.m. ☐ p.m.

Distribution: Offender's Medical Record; Transferring Facility.

DOC 0090 (Eff. 9/2002)

MEN 01506

BURT SELECTED (MR) 0007

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

Menard Corr _____ Center

Offender Information:

| Burt | Ronald | | N 60788 |
|------|--------|------|---------|
| Last Name | First Name | MI | ID#: _____ |

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 1-29-08 $\frac{9^{oo}}{P}$ | CMT Note <br> S) Arrived / transferred to Menard Correctional Center this pm. | P) Refer to MO/ NP - clart to arrive 1.30.08 per Stateville staff. |
| $\frac{114/76}{76-16}$ $98^8$ | O) Medical file not sent with patient. Health Status shows 2fyp C+ (High Risk Chronic Clinic). Patient relates a history of scoliosis and with that frequent back pain. <br> A) 2fyp C+ + Scoliosis | J. Brown cm. |
| | | |
| | | |
| | | |
| | | |
| | | |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002) (Replaces DC 7147)

BURT SELECTED (MR) 0008

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Menard _____ Center

Offender Information:

| Last Name | First Name | MI | ID#: |
|-----------|------------|-----|------|
| Burt | Ronald | | N60788 |

| Date/Time | Subjective, Objective, Assessment | Plans |
|-----------|-----------------------------------|-------|
| 2/4/08 3:00p | NP Note <br> S: Scheduled for transfer in evaluation. I/m Hep c+ <br> O/A: I/m was in process of being worked up for HCV+ tx. no biopsy or tx currently. I/m not seen. | P: Schedule ē Dr. Linerman or R. Poilion for evaluation for Hep C tx. <br><br> K. Criss, cnp <br> K. Criss, cnp |
| 2/7/08 1:10p | NP note <br> S: Scheduled for eval Hep C. S/R was being worked up for HCV+ tx. Has life sentence. Also c/o scoliosis <br> request Motrin O. Labs - AST - 27 } 10/07 <br> ALT - 37 <br> viral load 2269500 ↓ from 3538850 <br> 10/07     6/07 <br> A. HCV <br> S/R scoliosis | P: add to GenMed cc Explained to I/m will monitor LFTs ā 4mos ē cc Obtain old volumes for x-ray report of back Motrin 400mg po tid pm x 30 days |

Distribution: Offender's Medical Record

*Printed on Recycled Paper*

DOC 0084 (Eff. 9/2002) <br> (Replaces DC 7147)

MEN 01509

BURT SELECTED (MR) 0009

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender Health Status Transfer Summary**

**Offender Information:**

Transferring Facility: Menard Center

Last Name: Burt   First Name: Ronald   MI:   ID#: N66788

Date: 1/27/09   Time: 1205   ☐ a.m. ☐ p.m.

**Transfer Screening** (completed by transferring facility health care staff):

Allergies: NKDA

Current / Acute Conditions / Problems: 0     Food Handler Approved: 1/31/07 AFH

Chronic Conditions / Problems: HCV

**Current Medications** (name, dosage, frequency, and duration):

Acute Short-term: 0

Chronic Long-term: 0

Chronic Psychotropic: 0

Current Treatments: 0

Therapeutic Diets: 0

Follow-Up Care: 0

Chronic Clinics: HCV   ☑

Specialty Referrals: 0

Significant Medical History: HCV - treatment failure, Hx lt hip/leg pain, Hx Lt. prementhral, Hx Lt pro surg, R&N Knee injury, Hx migraine - seizures

Physical Disabilities / Limitations: 0

Assistive Devices / Prosthetics: 0     ☐ Glasses  ☐ Dentures

Mental Health Issues: ☐ Hx Suicide Attempt: Date: / /   ☐ Hx Psych Med  ☐ Hx MPC / STC  Substance Abuse: ☐ Alcohol ☐ Drugs

R & C Use Only: ☐ LAB  ☐ EKG  ☐ CXR  ☐ Dental  ☐ MEDS  ☐ MH  ☐ Other:     ☐ Packet Complete

Print Name and Title: Dora M. Gutler     Signature: _____     Date: 1/27/09

**Reception Screening** (completed by receiving facility health care staff):

Facility: SIA CC     Date: 2/3/09   Time: ___   ☐ a.m. ☐ p.m.

Current Complaint: Needs Hep C + Test per previous inst     Assessment: ① LFAJ&NJ  ② Dr Reiter  F.H. Approved

Current Medications/Treatment:

**Objective:**

Physical Appearance/Behavior: ALERT X3, COOPERATIVE, AMBULATORY

Deformities: Acute/Chronic:

T: 96.6  P: 96  R: 20  B/P: 133/88

GARY DRP LPN     Gary DP   2/3/09

Printed Name and Title     Signature     Date

Plan: Disposition:
☑ Health Information Given   ☐ Emergency Referral:
☑ Sick Call:  Urgent / Routine
☐ Medication Evaluation   ☐ Therapeutic Diet  ☐ Special Housing  ☐ Chronic Clinics
☐ Work / Program Limitation  ☐ Specialty Referrals  ☐ Other (specify):
☐ Infirmary Placement:
☐ Other (specify):   Hep C Clinic

**For adult transition center transfers only:**

I understand that medical and dental care are my responsibility while I am housed in a transition center. I also understand that if I am in need of health care and I cannot afford to pay for it, I may be transferred back into a facility within the Department that can provide my medical, mental health, or dental needs.

Offender's Signature     Date     Time     ☐ a.m. ☐ p.m.

Distribution: Offender's Medical Record; Transferring Facility; Receiving Facility     Printed on Recycled Paper     DOC 0090 (Eff. 9/2002) (Replaces DC 873)

MEN 01541

BURT SELECTED (MR) 0010

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

STA _____ Center

| Offender Information: | | | |
|---|---|---|---|
| Burt | Ronald | | ID#: N60788 |
| Last Name | First Name | MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 6⁵ pm. | | |
| 5/12/09 | PA NOTE | 1. refer to chronic |
| | pt sent note stating He has | illness med clinic |
| | HCV, and hasnt received | & Dental |
| | follow up, and didn't get | appt |
| | dentures from menard | |
| | before shipment | |
| | A =1. HCV = failed tx. | |
| | MD note | |
| 5/13/9 | S: Back pain after a fall | P1. motrin 400 BPO |
| 1035A | O: Ox3 RAB | 7 days prn #6. |
| | PERRL LA Guar | 2. T-Spine ↑ |
| | Back No bony deformity | 3. ice 2x today. |
| | No bruise. slight rea | on back |
| | ROM guarded | |
| | week ROM fall | |
| | gait steady RN S in care | ___ RN LPN |
| | A Back injury | |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

BURT SELECTED (MR) 0011

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Injury Report**

Offender Name: Burt. Ronald                          ID#: N60788

Age: 42      Date of Birth: 1-17-67      Sex: M      Race: White

Date of Injury: 5-13-09   Time of Injury: 9:45 ☒am ☐pm   Location: _____

How did the injury occur? I Slipped on the floor it was a puddle of water I injured my neck & back

Was it witnessed by staff? ☒ No   ☐ Yes (If yes, please list names)

**Location in facility:**

☒ LTA (gym, basketball, football, etc.)

☐ Group (therapy)

☐ Housing Unit (cell, dayroom, tv room, etc.)

☐ School (classroom, library)

☐ Kitchen

☐ Other _____

**Type of Injury:**

☒ Sports

☐ Assault

☐ Job Related

☐ Non-job Related

☐ Self-inflicted

☐ Fight

S. Thompson
Signature

CmT
Title

5-13-09
Day

**(Medical Report on Reverse Side)**

DOC 0313 (Eff. 07/2006)
(Replaces DC 247 DEAD 111)

BURT SELECTED (MR) 0012       Burt, R - Menard Correctional Center Medical Records - 182

Offender Name ___Burt, Ronald_____   ID#: __N 60788__

Date of medical examination: _5-13-09_ Time: _9:45_  ☒ am ☐ pm   Physician Contacted: ☒ Yes ☐ No

S (Subjective Findings): __Slipped on floor injured back & neck_____

O (Objective Findings): __pt is A×O×3  pt seem to have difficulty walking__
__no injury seen no laceration, no bruise__

Vitals: T __97.8__ P __92__ R __18__ BP __134/81__ Tetanus _____
__Back  no deformity   No bruise  slight red.__
__Neck  Rom full.__
__gait steady__
__CNS intact.__

A (Evaluation of Injury): __Painful Low Back pain & neck_____

P (Treatment and Follow-up): __Sent to E.R for Medical Evaluation  by__
__wheelchair  mother  guy poRhu~ 1d pRN__
__X ray ? Sph__

Disposition of patient:
☐ Return to assignment   ☒ Housing Unit   ☐ Lay in   ☐ Infirmary   ☐ Segregation
☐ Off-site referral for treatment (Destination) _____

_____          _____
Print Name of Person Completing Form                    Signature

_____          _____
Title                                   Date

**To Be Completed By Physician**

I have reviewed this report and would like to see this offender: ☒ Immediately ☐ Next Sick Call ☐ PRN

_L TPING ZHANG M.D_          _____          _5/13/9_
Print Physician Name                  Physician's Signature              Date

Sid. 2

E 706

Stateville   NRC

FOR X-RAY TECH ONLY

STATE OF ILLINOIS - DEPARTMENT OF CORRECTIONS

X - RAY REPORT

Stateville   NRC

7/8/9

Inmate's Name: Burt, Ronald   Number: N60788   Date: 7/8/9

Age: 42

Reason for X-Ray: T-Spine

fall

Dr. Zhang
Ordering Physician

Findings:

Neg.

Date: _____   _____ M.D.

7/17/09

FOR CORRECTIONAL CENTER HEALTH CARE UNIT PERSONNEL ONLY

☑ I have reviewed the recommendations contained in this report.

Date: 7/20/09   _____
Signature and Title

IL 426 - 18393   DCA 42066

MEN 00695

BURT SELECTED (MR) 0014

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_____ Center

Offender Information:

| Burt | Ronald | | ID#: N 60788 |
|---|---|---|---|
| Last Name | First Name | MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11/16/09 | RMO/SC rescheduled due to level 1 lockdown. c/o slip and fall | 1. call up to u/c 11/17/09  2. chronic clinic referral resubmitted  3. ~~for rib~~ ~~referral~~ ~~spac~~ |
| 11-17-09  161 lbs.  115/83  96  12³⁰ pm | PA NOTE  pt states he fell out of the top bunk on 11/1/09 and hurt L side. Has had fractured L ribs at 17 or 18 y/o. Now states the discomfort is gone.  O = gen = WN, NAD  HL = RSR, ∅ m, lungs CTA B  lymph = wnl   abd = wnl  Heent = wnl   Chest wall = to palp, slight deformity noted | 1. check c medical records, status of x-ray.  2. pt education  3. motrin 800mg 86-8° #30 x 1m/0  4. A-balm $10/TID. prn x 1 m/a  5. Heat to  6. Turn ▵  to RTC P |
| | A = 1. Alt in comfort @ side | |

BURT SELECTED (MR) 0015

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender Health Status Transfer Summary**

**Transferring Facility:**

Statevile Correctional Center

Date: 2,22,10     Time: _____ ☐ a.m. ☐ p.m.

**Offender Information:** Burt   Ronald   ID#: N60788
Last Name   First Name   MI

**Transfer Screening** (completed by transferring facility health care staff):

Allergies: NKA     Food Handler Approved: _____

Current / Acute Conditions / Problems: _____

Chronic Conditions / Problems: _____

**Current Medications** (name, dosage, frequency, and duration):

Acute Short-term: _____

Chronic Long-term: _____

Chronic Psychotropic: _____

Current Treatments: _____

Therapeutic Diets: reg

Follow-Up Care: RHC

Chronic Clinics: _____

Specialty Referral: _____

Significant Medical History: _____

Physical Disabilities / Limitations: _____

Assistive Devices / Prosthetics: _____     ☐ Glasses   ☐ Dentures

Mental Health Issues: ☐ Hx Suicide Attempt: Date: __/__/__   ☐ Hx Psych Med   ☐ Hx MPC / STC   Substance Abuse: ☐ Alcohol · ☐ Drugs

R & C Use Only: ☐ LAB   ☐ EKG   ☐ CXR   ☐ Dental   ☐ MEDS   ☐ MH   ☐ Other: _____     ☐ Packet Complete

A. Bacot LPN          A. Bacot LPN     2,22,10
Print Name and Title          Signature     Date

**Reception Screening** (completed by receiving facility health care staff):

Facility: Menard Co Cnlu   Date: 2,23,10   Time: approx 415 ☐ a.m. ☐ p.m.

Subjective:

Current Complaint: asymp c/o state spine curvature   Assessment: stable

Current Medications/Treatment: none   S/c procedure understood   S/c PRN

Objective:

Physical Appearance/Behavior: A×O×3

Plans: Disposition:
☑ Health Information Given   ☑ Emergency Referral: -0-   S/c PRN
☑ Sick Call:  Urgent / Routine
☐ Medication Evaluation   ☐ Therapeutic Diet   ☐ Special Housing   ☐ Chronic Clinics
☐ Work / Program Limitation   ☐ Specialty Referrals   ☐ Other (specify):
☐ Infirmary Placement:

Deformities: Acute/Chronic: none

☐ Other (specify): S/c PRN

T: 98   P: 74   R: 14   B/P: 128/72

Janet Braun CNT          Janet Braun CNT     2,23,10
Printed Name and Title          Signature     Date

**For adult transition center transfers only:**

I understand that medical and dental care are my responsibility while I am housed in a transition center.  I also understand that if I am in need of health care and I cannot afford to pay for it, I may be transferred back into a facility within the Department that can provide my medical, mental health, or dental needs.

_____          _____     _____ ☐ a.m. ☐ p.m.
Offender's Signature          Date     Time

Distribution: Offender's Medical Record; Transferring Facility;          DOC 0090 (Eff. 9/2002)

MEN 01555

BURT SELECTED (MR) 0016

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender Health Status Transfer Summary**

**Transferring Facility:** Menard CC Center

**Offender Information:**
Burt _(Last Name)_    Ronald _(First Name)_    _(MI)_    ID#: N60788

**Date:** 2 / 18 / 11   **Time:** 12:30   ☒ a.m.  ☐ p.m.

Transfer Screening (completed by transferring facility health care staff):   ☐ HIV Test & Counseling Offered (only transfers to ATC, parole, release or discharge)

Allergies: NKDA                              Food Handler Approved: yes
Current / Acute Conditions / Problems: ∅
Chronic Conditions / Problems: ∅

Current Medications (name, dosage, frequency, and duration):
Acute Short-term: ∅
Chronic Long-term: ∅
Chronic Psychotropic: ∅

Current Treatments: ∅

Therapeutic Diets: ∅

Follow-Up Care: RHC

Chronic Clinics: ☒ HCV clinic

Specialty Referrals: ∅

Significant Medical History: HCV(+), scoliosis, ® knee reconstructive surgery 1997, ⊕ pneumo-thorax '85

Physical Disabilities / Limitations: ∅

Assistive Devices / Prosthetics: ∅                    ☒ Glasses   ☐ Dentures

Mental Health Issues: ☐ Hx Suicide Attempt: Date: ___/___/___   ☐ Hx Psych Med  ☐ Hx MPC / STC   Substance Abuse: ☐ Alcohol  ☐ Drugs

_Reception Only_                                                      ☐ Packet Complete

H. McGhee CMT _(Print Name and Title)_    McGhee CMT _(Signature)_    2 / 18 / 11 _(Date)_

Reception Screening (completed by receiving facility health care staff):

**Facility:** STATEVILLE · C · C    **Date:** 2 / 22 / 11   **Time:** ___   ☐ a.m.  ☐ p.m.

Subjective:
Current Complaint: ∅

Current Medications/Treatment: ∅

**Assessment:** ∅ open sores, lesions, N/U stomach pain.

Objective:
Physical Appearance/Behavior: Clean, Well groomed, A+A
Deformities: Acute/Chronic: ___
T: 97° P: 76  R: 16  B/P: 130/90

**Plan: Disposition:**
☐ Health Information Given      ☐ Emergency Referral: ___
☒ Sick Call:  Urgent / Routine
☐ Medication Evaluation    ☐ Therapeutic Diet    ☐ Special Housing    ☐ Chronic Clinics
☐ Work / Program Limitation   ☐ Specialty Referrals   ☐ Other (specify): ___
☐ Infirmary Placement:
☐ HIV Test & Counseling Offered (only transfers from R&C)
☐ Other (specify): ___

Nsa _(illegible)_ CMT _(Printed Name and Title)_    _(Signature)_    2 / 22 / 11 _(Date)_

**For Adult Transition Center transfers only:**
I understand that medical and dental care are my responsibility while I am housed in a transition center. I also understand that if I am in need of health care and I cannot afford to pay for it, I may be transferred back into a facility within the Department that can provide my medical, mental health, or dental needs.

_Offender's Signature_    _Date_    _Time_   ☐ a.m. ☐ p.m.

Distribution: Offender's Medical Record; Transferring Facility; Receiving Facility

DOC 0090 (Rev. 1/2006)

MEN 01571

BURT SELECTED (MR) 0017

ILLINOIS DEPARTMENT OF CORRECTIONS

B-808

**Offender Outpatient Progress Notes**

**Stateville Correctional Center**

| Offender Information: | | | |
|---|---|---|---|
| Burt | Ronald | E | ID#: N60788 |
| Last Name | First Name | MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8-16-11 11:00 am | CMT Note: S) ℅ O) Counselor brings grievance about inmates scoliosis and exercises given causing more pain. A) Pain in back | P) @ MDSC scheduled on 8-24-11 _[signature]_ |
| 08/24/11 10:15 am 3. P-118/78 P-68 R-16 | NOTE _[illegible]_ 44 y/o term on mdsc c̄ c/o pain all the time 2° to the scoliosis). "I want it fixed". "It's been 10 yrs now". O) agn = mvl, _illegible_ ambulates fine HL = wnl EXT/M-S = wnl. A) ↑ Alt in comfort neck. | 1. _illegible_ motrin 400 mg + _illegible_ q 8° prn. #30 x 3 mos 2. A-Balm to AA _illegible_ BID prn. x 1 mo 3. Heat to AA up TD TID 4. RTC prn 5. _illegible_ |
| | | _illegible_ Advised calcium _illegible_ |

Distribution: Offender's Medical Record

MEN 01561

BURT SELECTED (MR) 0018

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender Health Status Transfer Summary**

**Transferring Facility:** S T A – N R C _____ Center

**Offender Information:** Burt _____ Ronald _____ MI _____ ID#: N60788

Last Name / First Name

**Date:** 1, 24, 12   **Time:** 1:00   ☐ a.m. ☒ p.m.

**Transfer Screening** (completed by transferring facility health care staff):   ☐ HIV Test & Counseling Offered (only transfers to ATC, parole, release or discharge)

**Allergies:** NKA   **Food Handler Approved:** yes

**Current / Acute Conditions / Problems:**

**Chronic Conditions / Problems:** Hep C.

**Current Medications** (name, dosage, frequency, and duration):
Acute Short-term:
Chronic Long-term: Motrin 400 mg I – II q 8°
Chronic Psychotropic:

**Current Treatments:**

**Therapeutic Diets:**

**Follow-Up Care:**

**Chronic Clinics:** Hep C

**Specialty Referrals:**

**Significant Medical History:** ® Knee reconstructive surgery 1997, ⓛ pneumothorax 1985 scoliosis

**Physical Disabilities / Limitations:**

**Assistive Devices / Prosthetics:** ☒ Glasses ☒ Dentures
**Mental Health Issues:** ☒ Hx Suicide Attempt: Date ___/___/1984   ☒ Hx Psych Med   ☐ Hx MPC / STC   **Substance Abuse:** ☒ Alcohol ☒ Drugs

Heidi Moss RN Sup / H. Moss RN Sup / 1, 24, 12
Print Name and Title / Signature / Date

**Reception Screening** (completed by receiving facility health care staff):   ☐ a.m. ☐ p.m.

**Facility:**   **Date:** ___/___/___   **Time:** _____

**Subjective:**   **Assessment:**
Current Complaint:

Current Medications/Treatment:

**Objective:**   **Plan: Disposition:**
Physical Appearance/Behavior:   ☐ Health Information Given   ☐ Emergency Referral:
   ☐ Sick Call: Urgent / Routine
   ☐ Medication Evaluation   ☐ Therapeutic Diet   ☐ Special Housing   ☐ Chronic Clinics
   ☐ Work / Program Limitation   ☐ Specialty Referrals   ☐ Other (specify):
Deformities: Acute/Chronic:   ☐ Infirmary Placement:
T: _____ P: _____ R: _____ B/P: _____ /   ☐ HIV Test & Counseling Offered (only transfers from R&C)
   ☐ Other (specify):

_____ / ___/___
Printed Name and Title / Signature / Date

**For Adult Transition Center transfers only:**
I understand that medical and dental care are my responsibility while I am housed in a transition center. I also understand that if I am in need of health care and I cannot afford to pay for it, I may be transferred back into a facility within the Department that can provide my medical, mental health, or dental needs.

☐ a.m. ☐ p.m.
Offender's Signature / Date / Time

Distribution: Offender's Medical Record; Transferring Facility; Receiving Facility   DOC 0090 (Rev. 1/2006)

MEN 01568

BURT SELECTED (MR) 0019

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Medical History**

**Stateville Correctional Center**

☐ Reception History
☐ Periodic History

Date: 3 / 1 / 12

Time: 11 ☐ a.m. ☐ p.m.

**Offender Information:**

Last Name: Burt
First Name: Ronald
MI:
ID#: N60788

Race: ☒White ☐African American ☐Asian American ☐Hispanic ☐Native American ☐Other

Gender: ☒Male ☐Female

Date of Birth: 01 / 17 / 1967

**Subjective:** Past Medical History / History of Present Illness / Family History

| Condition | Yes | No | Family History | Explanation |
|---|---|---|---|---|
| Allergies | + | ☒ | | Chronic Skin Rash |
| Smoking | | ✓ | | |
| Pediculosis | | ✓ | | |
| Seizures | | ✓ | | |
| Asthma | | ✓ | | |
| Cardiac/HTN | | ✓ | | |
| Diabetic | | | | |
| Communicable Disease a. Hepatitis/Jaundice b. Hx + PPD/Active TB c. STD d. HIV +/AIDS | ☒ ☐ ☐ ☐ | ☐ ☒ ☒ ☒ | | HEP C+ Since 1999. Prior partial α-IFN tx. |
| Surgeries | ☒ | ☐ | | knee(L) '96 (R) lung '87 |
| Hx of Psych Tx a. Past Suicide Attempt b. Current Suicidal Ideation | ☒ ☐ | ☐ ☒ | | last approx 30 yrs ago |
| Recent Drug/ETOH use | ☐ | ☒ | | |
| Mobility Problems a. Assistive Devices b. Prosthetics c. Specialized Equipment | ☐ ☐ ☐ | ☒ ☒ ☒ | | |
| Other Medications | ✓ | | | TBU for neck/back pain |
| History of Sexual Abuse or Predator | | | | |
| Oriented x3 | | | | |
| Other: | ✓ | | | spinal scoliosis |

**Objective:** T: 97.8 P: 78 ☐regular ☐irregular R: 16 ☐regular ☐irregular B/P: 128/86

Height: 6'3 Weight: 156.9 Vision: RT 20/___ LT 20/___ Corrected: RT 20/___ LT 20/___

Behavioral appearance and mental status, Evidence of deformity, trauma, and skin conditions. _____

**Assessment:** Hep C ⊕
Incarcerated x 20 yrs
Chronic allergic itching
Fasting Hyperglycemia

**Plan:** (Check and complete as appropriate)
1. Physical Examination ☐Urgent ☐Routine
2. Mental Health Referral ☐Urgent ☐Routine
3. Health Information Given: ☐Yes ☐Refused
4. PPD Results: ☐Positive ☐Negative
5. Chest X-ray performed: ☐N/A ☐Yes ☐No
6. Other: _____

Date PPD Administered: _/_/_ Date PPD Read: _/_/_
Reading: ___ mm By: _____

Print Name of Interviewer: K. Morgan RN
Signature: K Morgan RN

**R & C Use Only**

LAB: ___ Sickle Cell: ☐Yes ☐No Dental: ___ Panorex: ___
EKG: ___ CXR: ___ Female Only: PAP: ___ Mamo: ___

Distribution: Offender's Medical Record

DOC 0092 (Eff. 9/2002)

MEN 01489

BURT SELECTED (MR) 0020

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender Health Status Transfer Summary**

**Transferring Facility:** S T A – N R C  Center

**Offender Information:**
Burt, Ronald     ID# N60788

**Date:** 4.16.12  **Time:** 1:40  ☐ a.m. ☒ p.m.

**Transfer Screening** (completed by transferring facility health care staff):   ☐ HIV Test & Counseling Offered (only transfers to ATC, parole, release or discharge)

**Allergies:** NKA    **Food Handler Approved:** Yes

**Current / Acute Conditions / Problems:**

**Chronic Conditions / Problems:** hep C ⊕, Chronic urticaria

**Current Medications** (name, dosage, frequency, and duration):
Acute Short-term:
Chronic Long-term: Lubriderm lotion 1 tube per month
Chronic Psychotropic:

**Current Treatments:**

**Therapeutic Diets:**

**Follow-Up Care:** RHC

**Chronic Clinics:** hep C

**Specialty Referrals:**

**Significant Medical History:** ① Knee reconstruction 1997, Scoliosis, ② pneumothorax 85

**Physical Disabilities / Limitations:**

**Assistive Devices / Prosthetics:**   ☒ Glasses  ☐ Dentures

**Mental Health Issues:** ☒ Hx Suicide Attempt: Date: /1984  ☒ Hx Psych Med  ☐ Hx MPC / STC  Substance Abuse: ☒ Alcohol ☒ Drugs

Heidi Moss RN sup  **Print Name and Title**   H.Moss RN sup  **Signature**   4.16.12  **Date**

**Reception Screening** (completed by receiving facility health care staff):
**Facility:** MCC   **Date:** 4.17.12  **Time:** 6:45  ☐ a.m. ☒ p.m.

**Subjective:**
Current Complaint: ☒ none
Current Medications/Treatment: as noted above

**Assessment:**
1) A/O x3 gait steady
2) NKA
3) placed on Hepatitis C/C

**Objective:**
Physical Appearance/Behavior: WNL
Deformities: Acute/Chronic: ☒ none
T: 98²  P: 74  R: 18  B/P: 120/76

**Plan: Disposition:**
☒ Health Information Given   ☐ Emergency Referral:
☒ Sick Call: Urgent / Routine
☐ Medication Evaluation  ☐ Therapeutic Diet  ☐ Special Housing  ☐ Chronic Clinics
☐ Work / Program Limitation  ☐ Specialty Referrals  ☐ Other (specify):
☐ Infirmary Placement:
☐ HIV Test & Counseling Offered (only transfers from R&C)
☒ Other (specify): verbalizes understanding N/S/L

Chad Friedrich RN  **Printed Name and Title**   **Signature**   4.17.12  **Date**

**For Adult Transition Center transfers only:**
I understand that medical and dental care are my responsibility while I am housed in a transition center. I also understand that if I am in need of health care and I cannot afford to pay for it, I may be transferred back into a facility within the Department that can provide my medical, mental health, or dental needs.

Offender's Signature    Date    Time    ☐ a.m. ☐ p.m.

Distribution: Offender's Medical Record; Transferring Facility; Receiving Facility    DOC 0090 (Rev. 1/2006)

MEN 01565

BURT SELECTED (MR) 0021

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

MENARD  C   Center

| Offender Information: | | | |
|---|---|---|---|
| BURT | Ronald | E | ID#: N60788 |
| Last Name | First Name | MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11/3/12 10.15 A/m | MD NOTES FR for continuation of Motrin analgesic for alleged back pain 2ndy D Scoliosis and Lubaderm lotion for alleged chronic allergic urticaria No evidence of recent Xray of spine to show Scoliosis g spine. Pt however has Hep C and is on Conservative Flu protocol. | Xray of Thoraco-Lumbar/ Sacral Spine. Lubaderm lotion T tube/month x 6 month ~~Flu~~ Motrin 400mg po td with meals x 3 week Flu for re-assessment in 3 weeks S. NWAOBASI, MD |
| 11/7/12 10.35 A/m | MD NOTES Recent Xray g 4D Spine shows no evidence of Scoliosis | DC Xray g 4D Spine. S. NWAOBASI, MD |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002) (Replaces DC 7147)

MEN 01576

BURT SELECTED (MR) 0022

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Menard Corr. _____ Center

Offender Information:

Burt _____ Ronald _____ E. ID#: N60788
Last Name        First Name        MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 12/1/12 10:15 A/m wt 145lb BP 120/80 P 80 R 16 T 98.0°f | MD NOTES S: Came for F/u of visit of 11/03/12 O. Hx of Cervical Spine pain not the L/S Spine. No recent Xrays of Cervical Spine to assess the degree of Scoliosis No clinical hx of paresthesia A: Possible Degenerative Osteoarth of Cervical Spine ? Scoliosis of Spine | X-ray of Cervical Spine - PA - Lateral. Motrin 600 mg po tid with meals x 2 months F/u 2 months S. NWAOBASI, MD 12/1/12 mOakley Cadogan Noted at 10:30AM |
| 12/5/13 9ª | X-RAY TECH. NOTE X-RAY DONE Cervical spine | Bluppet RT |
| 12/5/13 9¹⁰/A | LAB NOTE CLINICAL COMMENT HCU male | |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002 (Replaces DC 7147)

MEN 01577

BURT SELECTED (MR) 0023



OneRadiology
Normal, IL 61761
Date: December 6 , 2012

Patient: Burt, Ronald
ID#:    N60788
DOB: 1/17/67
Ordered by: Dr. Nwaobasi
Menard Correctional Center

CERVICAL SPINE THREE VIEWS    12/5/2012

HISTORY:   Chronic pain.

FINDINGS:   There is narrowing of the disc at C4-C5 level suggestive of degenerative process.

The precervical soft tissues are not thickened and there is no gross evidence of an acute regional bony fracture or dislocation.

The trachea is midline.

Signed _____
                        N. Yousuf, M.D.

NY:eg
DIC: 12/6/2012
Films from Menard Correctional Center

M D  Review
Date _____
Doctor _____
Pull Chart _____
See Patient _____
File _____

OneRadiology
Normal, IL 61761
Date: December 6 , 2012

Patient: Burt, Ronald
ID#:    N60788
DOB: 1/17/67
Ordered by: Dr. Nwaobasi
Menard Correctional Center

CERVICAL SPINE THREE VIEWS     12/5/2012

HISTORY:   Chronic pain.

FINDINGS:   There is narrowing of the disc at C4-C5 level suggestive of degenerative process.

The precervical soft tissues are not thickened and there is no gross evidence of an acute regional bony fracture or dislocation.

The trachea is midline.

Signed_____
                    N. Yousuf, M.D.

NY:eg
DIC: 12/6/2012
Films from Menard Correctional Center

M.D. Review
Date_____
Doctor_____
Pull Chart _____
See Patient _____
File _____

received
12-11-12

MEN 00697

BURT SELECTED (MR) 0025

ILLINOIS DEPARTMENT OF CORRECTIONS
**Offender Health Status Transfer Summary**

**Transferring Facility:** Menard _____ Center

Offender Information: _Burt_ (Last Name) _Ronald_ (First Name) ___ (MI)   ID# N60788

**Date:** 6 / 8 / 13   **Time:** 12   ☑ a.m. ☐ p.m.

| Transfer Screening (completed by transferring facility health care staff): ☐ HIV Test & Counseling Offered (only transfers to ATC, parole, release or discharge) |
|---|
| **Allergies:** NKDA                    **Food Handler Approved:** 1-8-13 |
| **Current / Acute Conditions / Problems:** Ø |
| **Chronic Conditions / Problems:** Hep. C † |

**Current Medications** (name, dosage, frequency and duration):

Acute Short-term: Ø

Chronic Long-term: Ø

Chronic Psychotropic: Ø

**Current Treatments:** Ø

**Therapeutic Diets:** Ø

**Follow-Up Care:** Ø

**Chronic Clinics:** Hep. C CC

**Specialty Referrals:** Ø

**Significant Medical History:** Scoliosis, (L) pneumothorax '85 (R) knee reconstruction '97

**Physical Disabilities / Limitations:** Ø

**Assistive Devices / Prosthetics:** Ø                    ☐ Glasses    ☐ Dentures

**Mental Health Issues:** ☐ Hx Suicide Attempt: Date: ___/___/___   ☐ Hx Psych Med  ☐ Hx MPC / STC  **Substance Abuse:** ☑ Alcohol ☑ Drugs

**R & C Use Only:** ☐ LAB  ☐ EKG  ☐ CXR  ☐ Dental  ☐ MEDS  ☐ HFT  ☐ Other: _____   ☐ Packet Complete

L. Galvez N (Print Name and Title)            _____ (Signature)         6 / 8 / 13 (Date)

| Reception Screening (completed by receiving facility health care staff): |
|---|

**Facility:** Stateville/NRC   **Date:** 6/12/13   **Time:** _____  ☐ a.m. ☐ p.m.

**Subjective:**
Current Complaint: NIC

Current Medications/Treatment: None

**Assessment:**
No open sores
or wounds
FHA

**Objective:**
Physical Appearance/Behavior: A & O x 3

Deformities: Acute/Chronic: _____

T: ___  P: ___  R: ___  B/P: ___   Not medically indicated

**Plan: Disposition:**
☑ Health Information Given       ☐ Emergency Referral: _____
☐ Sick Call:  Urgent / Routine
☐ Medication Evaluation   ☐ Therapeutic Diet   ☐ Special Housing   ☑ Chronic Clinics
☐ Work / Program Limitation   ☐ Specialty Referrals   ☐ Other (specify): _____
☐ Infirmary Placement:
☐ HIV Test & Counseling Offered (only transfers from R&C)
☐ Other (specify):

Hepatitis

_____ (Printed Name and Title)            _____ (Signature)         6/12/13 (Date)

**For Adult Transition Center transfers only:**

I understand that medical and dental care are my responsibility while I am housed in a transition center. I also understand that if I am in need of health care and I cannot afford to pay for it, I may be transferred back into a facility within the Department that can provide my medical, mental health, or dental needs.

_____ (Offender's Signature)        _____ (Date)        _____ (Time)   ☐ a.m. ☐ p.m.

Distribution: Offender's Medical Record; Transferring Facility;
Receiving Facility

DOC 0090 (Rev. 1/2006)

MEN 01582

BURT SELECTED (MR) 0026

ILLINOIS DEPARTMENT OF OFFENDER
**Offender Health Status Transfer Summary**

| Offender Information: | | |
|---|---|---|
| Transferring Facility: NRC    Center | Bunt (Last Name)   Ronald (First Name)   MI | ID#: N607?? |

Date: 6,26,13    Time: ____ ☐ a.m. ☐ p.m.

| Transfer Screening (completed by transferring facility health care staff): ☐ HIV Test & Counseling Offered (only transfers to ATC, parole, release or discharge) |
|---|
| Allergies: NKDA    Food Handler Approved: 13 - 13 |
| Current / Acute Conditions / Problems: Ø |
| Chronic Conditions / Problems: Hep C + |

Current Medications (name, dosage, frequency, and duration):

Acute Short-term: 

Chronic Long-term: 

Chronic Psychotropic: 

Current Treatments: 

Therapeutic Diets: 

Follow-Up Care: 

Chronic Clinics: Hep C CC

Specialty Referrals: 

Significant Medical History: Scoliosis (L) prosterow +5 (R) knee re-construction '97

Physical Disabilities / Limitations: 

Assistive Devices / Prosthetics: ☐ Glasses ☐ Dentures ☐ Hearing Aid

Mental Health Issues:  ☐ Hx Suicide Attempt: Date: ___/___/___   ☐ Hx Psych Med  ☐ Hx MPC / STC   Substance Abuse: ☑ Alcohol ☑ Drugs

R & C Use Only:  ☐ LAB  ☐ EKG  ☐ CXR  ☐ Dental  ☐ MEDS  ☐ MH  ☐ Other: ___    ☐ Packet Complete

| Bononium RN (Print Name and Title) | (Signature) | 6,26,13 (Date) |
|---|---|---|

| Reception Screening (completed by receiving facility health care staff): | | |
|---|---|---|
| Facility: MCC | Date: 06,26,13   Time: 5 ☐ a.m. ☑ a.m. | |

Subjective:
Current Complaint: none voiced

Current Medications/Treatment: see for

Assessment: A/alert + oriented x 3
resp even + unlabored
skin warm dry intact
slow steady gait

Objective:
Physical Appearance/Behavior: well nourished appropriate behavior

Deformities: Acute/Chronic: none

T: 986 P: 78 R: 18 B/P: 120/76

Plan: Disposition:
☐ Health Information Given    ☐ Emergency Referral: ___
☑ Sick Call:  Urgent / Routine
   ☐ Medication Evaluation    ☐ Therapeutic Diet    ☐ Special Housing    ☐ Chronic Clinics
   ☐ Work / Program Limitation    ☐ Specialty Referrals    ☐ Other (specify): ___
☐ Infirmary Placement: 
☐ Other (specify): ___

| HORN (Printed Name and Title) | (Signature) | 06,26,13 (Date) |
|---|---|---|

**For Adult Transition Center transfers only:**

I understand that medical and dental care are my responsibility while I am housed in a transition center. I also understand that if I am in need of health care and I cannot afford to pay for it, I may be transferred back into a facility within the Department that can provide my medical, mental health, or dental needs.

| (Offender's Signature) | (Date) | (Time) ☐ a.m. ☐ p.m. |
|---|---|---|

MEN 01583

BURT SELECTED (MR) 0027

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_Menard_ Center

Offender Information:

Burt          Ronald          N60788
Last Name         First Name         MI         IDR#

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 7-17-13 | NP NOTE | P) ① Referral to |
| 8⁵⁵ AM | S) F/u 12/1 "BACK Pain" | Hr. Shearing |
| B/P 100/70 | O) Xray results - discussed 12/12 | for lubri derm) |
| P 68 | Chronic back pain | request. |
| R 16 | Straight leg raiser c̄ diff | ② Motrin 400mg |
| 98⁴ | Bends well @ waist | i Po TID PRN |
| | % of skin rash — | x4 mos. — |
| | No rash seen 7/17/13 | — |
| | A) Chronic back Pain   M. MOLDENHAUER RN NP | CRNNP |
| | | 7/17/13 9⁰⁵ AM NP |
| 7/26/13 | RN Note | P) Recall |
| 2⁰⁰ pm | S: Ø | |
| | O: in MOCI Back Pain out 2 time not Seen. | Shut re |
| | A) MOCI | |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

MEN 01589

BURT SELECTED (MR) 0028

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_____ Menard _____ Center

| Offender Information: | | | |
|---|---|---|---|
| Burt | Ronald | | ID#: N60788 |
| Last Name | First Name | MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 8/7/13 1 pm | MD Note S: Thu here for FLS of low back pain since (?) 8B5. Not relief c asaids O: T98 4 P78 R16 BP98/60 sat 15 Acie 3, NAD wt 56 cl trs 2 SiRC A: Chronic low back pain c mood symp. | [illegible] Intender Contin Naproxen as ordered FW pm |
| | (illegible scribbled note) | |
| 9-13-13 640p | RN Note: S: Scheduled For Court Writ O: No Apparent Medical Procedures Pending A: Physically Stable RN JR P: Proceed With Writ | |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

MEN 01590

BURT SELECTED (MR) 0029

ILLINOIS DEPARTMENT OF OFFENDER

## Offender Health Status Transfer Summary

| Transferring Facility: Stateville _____ Center | Offender Information: Burt | Ronald | N 60788 |
|---|---|---|---|
| | Last Name | First Name | MI    ID#: |

Date: 10, 1, 13    Time: 8:15    ☐ a.m. ☑ p.m.

**Transfer Screening** (completed by transferring facility health care staff):    ☐ HIV Test & Counseling Offered (only transfers to ATC, parole, release or discharge)

Allergies: NKA                    Food Handler Approved: ___ c ___

Current / Acute Conditions / Problems: _____

Chronic Conditions / Problems: hep C (thrombocytopenia 2nd to Tx of hep C)

Current Medications (name, dosage, frequency, and duration):

Acute Short-term: ⊗

Chronic Long-term: ⊗

Chronic Psychotropic: ⊗

Current Treatments: ⊗

Therapeutic Diets: Regular

Follow-Up Care: RHC

Chronic Clinics: hep C

Specialty Referrals: ⊗

Significant Medical History: Scoliosis: Rt knee reconstructive Surg. Lt pneumothorax

Physical Disabilities / Limitations: _____

Assistive Devices / Prosthetics: ___ 1984 ___    ☐ Glasses ☐ Dentures ☐ Hearing Aid

Mental Health Issues: ☐ Hx Suicide Attempt: Date: _____  ☐ Hx Psych Med  ☐ Hx MPC / STC  Substance Abuse: ☑ Alcohol ☐ Drugs

R & C Use Only: ☐ LAB: ☐ EKG: ☐ CXR: ☐ Dental: ☐ MEDS: ☐ MH: ☐ Other: _____    ☐ Packet Complete

| M. Mikaitis N | M. Mikaitis N | 10, 1, 13 |
|---|---|---|
| Print Name and Title | Signature | |

**Reception Screening** (completed by receiving facility health care staff):

Facility: Menard Corr. Center    Date: 10, 02, 13    Time: 5:00 ☐ a.m. ☑ p.m.

Subjective:

Current Complaint: ⊘    Assessment: Alert + oriented. Resp. unlabored. Gait steady. No C/O any pain or discomfort voiced by inmate.

Current Medications/Treatment: ⊘

Objective:

Physical Appearance/Behavior: Well groomed white male. Appropriate answers to questions.

Deformities: Acute/Chronic: None noted

T: 98.2  P: 72  R: 16  B/P: 110/70

Plan: Disposition:
☑ Health Information Given    ☐ Emergency Referral: _____
☑ Sick Call: Urgent / Routine
☐ Medication Evaluation   ☐ Therapeutic Diet   ☐ Special Housing   ☑ Chronic Clinics hep C
☐ Work / Program Limitation   ☐ Specialty Referrals   ☐ Other (specify): _____
☐ Infirmary Placement: _____
☐ Other (specify): _____

| Martha M. Oakley Cert | Martha M. Oakley CMT | 10, 02, 13 |
|---|---|---|
| Printed Name and Title | Signature | Date |

**For Adult Transition Center transfers only:**

I understand that medical and dental care are my responsibility while I am housed in a transition center. I also understand that if I am in need of health care and I cannot afford to pay for it, I may be transferred back into a facility within the Department that can provide my medical, mental health, or dental needs.

| | | ☐ a.m. ☐ p.m. |
|---|---|---|
| Offender's Signature | Date | Time |

Distribution: Offender's Medical Record; Transferring Facility; Receiving Facility

DOC 0090 (Rev.11/2012)

BURT SELECTED (MR) 0030

ILLINOIS DEPARTMENT OF CORRECTIONS
Offender Health Status Transfer Summary

**Transferring Facility:** MCC Center

**Offender Information:**
Last Name: Burt   First Name: Ronald   MI:   ID#: N60788

**Date:** 9, 13, 13   **Time:** ☐ a.m. ☐ p.m.

Transfer Screening (completed by transferring facility health care staff)   ☐ HIV Test & Counseling Offered (only transfers to ATC, parole, release or discharge)

**Allergies:** NKDA   Food Handler Approved: _____

**Current / Acute Conditions / Problems:** _____

**Chronic Conditions / Problems:** Hep C

**Current Medications** (name, dosage, frequency and duration):
Acute Short-term: _____
Chronic Long-term: _____
Chronic Psychotropic: _____

**Current Treatments:** _____

**Therapeutic Diets:** Regular

**Follow-Up Care:** Hep C

**Chronic Clinics:** Hep C   (Hep C tx stopped D/t thrombocytopenia 2° to/tx Rx)

**Specialty Referrals:** _____

**Significant Medical History:** Scoliosis (R) knee Reconstructive Surgery, (L)
pneumothorax 1985,

**Physical Disabilities / Limitations:** _____

**Assistive Devices / Prosthetics:** _____   ☐ Glasses   ☐ Dentures
**Mental Health Issues:** ☐ Hx Suicide Attempt Date: 1984,   ☐ Hx Psych Med   ☐ Hx MPC / STC   Substance Abuse: ☑ Alcohol ☑ Drugs
**S C Use Only:** ☐ LAB   ☐ EKG   ☐ CXR   ☐ Dental   ☐ MEDS   ☐ MH   ☐ Other: _____   ☐ Packet Complete

R Stein R.   (Printed Name and Title)   R Stein R. (Signature)   9, 13, 13 (Date)

---

**Reception Screening** (completed by receiving facility health care staff):

**Facility:** STATEVILLE   **Date:** 9, 18, 13   **Time:** 6 Pm   ☐ a.m. ☐ p.m.

**Subjective:**
Current Complaint: SEE ABOVE

**Assessment:**
BONIES LESIONS
PHA

**Current Medications/Treatment:** & CURRENT MEDS

**Objective:**
Physical Appearance/Behavior: A + O x3

Deformities: Acute/Chronic: _____
T: 98.6   P: 77   R: 16   B/P: 130, 9?

**Plan/Disposition:**
☐ Health Information Given   ☐ Emergency Referral: _____
☑ Sick Call:   Urgent / Routine
☐ Medication Evaluation   ☐ Therapeutic Diet   ☐ Special Housing   ☐ Chronic Clinics
☐ Work / Program Limitation   ☐ Specialty Referrals   ☐ Other (specify) _____
☐ Infirmary Placement: _____
☐ HIV Test & Counseling Offered (only transfers from R&C)
☐ Other (specify) _____

ENCARNSEN (Printed Name and Title)   (Signature)   9, 18, 13 (Date)

---

**For Adult Transition Center transfers only:**

I understand that medical and dental care are my responsibility while I am housed in a transition center. I also understand that if I am in need of health care and I cannot afford to pay for it, I may be transferred back into a facility within the Department that can provide my medical, mental health, or dental needs.

Offender's Signature _____   Date _____   Time _____   ☐ a.m. ☐ p.m.

Distribution: Offender's Medical Record; Transferring Facility; Receiving Facility   DOC 0090 (Rev. 1/2006)

MEN 01592

BURT SELECTED (MR) 0031

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

MENARD CORRECTIONAL Center

Offender Information:

Burt          Ronald          ID#: N60788
Last Name     First Name    MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11/26/13 8:00 AM | **Nurse/CMT Tx Protocol: BACK PAIN** S) Cont. BACK PAIN | P) Refer to MD if: on-going back pain neck pain & request rx. referral. Abnormal vital signs, temp greater than 100 |
| | Rate the pain (1-10) 10+   Cause of pain? '87-'88 broki neck | Loss of sensation or numbness, Foot drop Difficulty ambulating 2R |
| | Was the pain immediate or delayed? immediate @ present   For how long? on going | Severe pain, or accompanied by Abdominal pain Dark or bloody urine |
| | Location and pattern (radiation) what worsens / eliminates? neck-radiates to LBP, constant burning | No improvement after 48 hour trail of Treatment protocol |
| | Color of urine? wnl Frequency? wnl Any pain on urination? no | When no MD referral: Ibuprofen 200 mg, 1-2 TID PRN with |
| | How severe (wake you up at night, elevated with cough? wakes you at night. Range of motion? NO - | Meals X 3 days. Or Acetaminophen 325 mg., up to 3 tabs TID PRN for up to 3 days |
| | Fever, chills, night sweats, dysuria: NO   Increase in pain with cough? NO | Avoid sporting activities until pain has been gone for at least two weeks Bed rest if necessary for up to 48 hrs PRN |
| | Are you taking any medications? Motrin | Begin gentle strengthening exercises as early as possible and observe proper lifting techniques. (provide exercise packet) No lifting X 5 days, |
| O) | T 97.4 P 76   R 20   BP 120/80 Wt 156 lbs. | Patient Teaching: If injury could have been prevented, instruct on safety measures   Proper body mechanics |
| | Limitation with movement? NO "doesn't understand how can move c pain." Gait disturbance? pepping in hips c ambulatio Any change from sitting to standing? NO | Avoid weight lifting, strenuous activity (Sports restriction) Back exercises when indicated by MD MD CN Recommend moist heat, e.g. warm shower when available. |
| | Swelling, redness, bruises, tenderness to touch, limitation to movement? NO | - Allow 48 hours of trial with simple analgesic. Return to sick call if symptoms persist or worsen. |
| | Distress or pain with movement? pain c writing artwork-stationary No, denies pain c lifting | $2.00 Co-Pay received $5.00 - ub |
| | A) BACK PAIN | S Hamby RN |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002) (Replaces DC 7147)

MEN 01595

BURT SELECTED (MR) 0032

ILLINOIS DEPARTMENT OF CORRECTIONS

## Authorization for Release of Offender Medical Health Information

**This Authorization may not be used for mental health or substance abuse treatment information (use form DOC 0240)**

The Department of Corrections will not condition treatment on this authorization. If authorizing disclosure to persons or organizations that are not health plans, covered health care providers or health care clearinghouses subject to federal health information privacy laws, they may further disclose the protected health information. However, genetic testing or HIV/AIDS information disclosed pursuant to this authorization may not be further disclosed except pursuant to authorization.

I hereby authorize _____Menard Correctional Center_____ to release the following information: (State

specific medical health information to be disclosed including date(s) or date range) _Need Dr R·Caldwell ordered new X-ray 11/30/13 I'm gonna._
_a copy of it also + diagnosis results._
_I need all records on My Neck For 2011 (Dont Remember the dates) I need all of their_
_From 2012 to including 11/02/12 – 11/20/12 – 12/01/12 on ordering X-ra_
_and 12/05/12 day X-RAY completed, I need a copy on the X-ray & I need a_
_copy of X-ray results which was months from date done on 12/05/12 & I ne_
_all records For 2013 on Neck or Visits & go back to 2007 Jan till Nov 2013 No_
_I need copy of X-RAY Ax-ray results first, they are a must have 12/05/13 a new one from 11/3_

☒ At Request of Offender and/or: _I want them for personal records & because I but require_
_it from Me !_ /Purpose of disclosure

from the records of __N60788__          __Burt, Ronald__
                        ID#          Print Offender's Name

to: ☒ Self   ☐ Authorized Attorney   ☐ Health Care Facility   ☐ Other: _____

Name: _Ronald Burt     # N-60788_
                        Print Name

Address: _P.O. BOX 1000 – M.C.C._
                        Street Address

_Menard,_          _Ill._          _62259_
         City                State            Zip Code

I hereby release and hold harmless, the State of Illinois, the Department of Corrections, and its employees from any liability which may occur as a result of the disclosure or dissemination of the records or information contained therein resulting from the access permitted to the authorized attorney, health care facility, other as specified, or self. Records disclosed may contain confidential medical information including HIV disease information. I understand that I have the right to revoke this authorization at any time prior to disclosure by giving written notice (witnessed by someone who knows my identity) to the prison Health Care Officer.

RECEIVED

DEC 0 6 2013

Menard CC
Healthcare

**Expiration:** This authorization will expire (complete one):

☒          45 days from date of signature

☐          Upon the occurrence of the following event (must relate to the individual or purpose of the authorization):

_____

Signature:

_Ronald E. Burt_
Signature of Offender or Person Authorized to Consent          Relationship          _Nov 30, 2013_
                                                                                    Date

✱ _mailed on 12/20/13_

Give Offender a copy if DOC made the request for release.

Distribution:  Offender's Medical File          _Printed on Recycled Paper_          DOC 0241 (Rev. 01/2005)

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

MCC _____ Center

**Offender Information:**

Last Name: Burt  First Name: Ronald  MI: _____  ID#: N60788

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 11/30/13 1:15 | (S) Pated = 5% back pain from old Motorcycle accident. | (1) x-ray thoracic and lumbar. |
| wt 15 | Accident was 1988 | (3) Mother Why b/t 290 lg |
| BP 120/78 P 74 R 10 Temp 97.2 | (O) vitals stable, R.Om good but with pain. (A) Arthoritis | (2) encourage R.Om exercise  Celebrex |
| 11/30/13 720 pm | RN Note: engen Letter Written  S) I have requested medical records to be copied no response. I have requested to be given new Hep-C TX again never called again. I was supposed to be seen automatically for my chronic spinal pain and spinal problem this hasn't happened.  O/A) Letter Response | P) Emailed Medical Records Anita Rodgers inmate request for medical records Emailed Chronic clinic nurse re Hep CTX. I'm seen by medical practitioner on 11/30/13 |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002) (Replaces DC 7147)

MEN 01596

BURT SELECTED (MR) 0034

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_Menard_ Center

Offender Information:

Last Name: _Burt_
First Name: _Ronald_
MI:
ID#: _N60788_

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 12/4/13 10ᴬ | Xray note dorsal + lumbar spine done | B. Ruppert RN |
| | Lab Note | |
| 12-4-13 918A | HCV 1-14   PE 1-14   RConnell | |
| 12/19/13 6²⁵ₚ | RN Note - Grievance  S)"I was charged a $5.ºº copay for sick call. I have chronic neck pain and I should not be charged.  O/A) Grievance Response | P) I/m responsible for NSC $5.ºº copay unless seen for Hepc. I/m scheduled for F/u of 11/30/13 doctor visit to review xray and assessmen script for MOBIC. [signature] |

BURT SELECTED (MR) 0035

OneRadiology
Normal, IL 61761
Date: December 6, 2013

Patient: Burt, Ronald
ID#:     N60788
DOB:     1/17/67
Ordered by: Matticks
Menard Correctional Center

THORACIC SPINE THREE VIEWS        12/4/2013
LUMBAR SPINE THREE VIEWS      12/4/2013

HISTORY: Chronic pain.

FINDINGS: Three views of the thoracic spine demonstrate no compression fracture or subluxation.

Three views of the lumbar spine demonstrate minor degree of degenerative change at L5-S1 level.

There is no compression fracture or subluxation.

There is no spondylolysis or spondylolisthesis.

Signed _____
                                    N. Yousuf, M.D.

NY:eg
DIC: 12/6/2013
Films from Menard  Correctional Center

M D. Review
Date     12 - 11 - 13
Doctor
Pull Chart
See Patient
File   ✓

12-11-13

BURT SELECTED (MR) 0036          Burt, R - Menard Correctional Center Medical Records - 153

OneRadiology
Normal, IL 61761
Date: December 6, 2013

Patient:  Burt, Ronald
ID#:      N60788
DOB:      1/17/67
Ordered by:  Matticks
Menard Correctional Center

THORACIC SPINE THREE VIEWS        12/4/2013
LUMBAR SPINE THREE VIEWS     12/4/2013

HISTORY:  Chronic pain.

FINDINGS:  Three views of the thoracic spine demonstrate no compression fracture or subluxation.

Three views of the lumbar spine demonstrate minor degree of degenerative change at L5-S1 level.

There is no compression fracture or subluxation.

There is no spondylolysis or spondylolisthesis.

Signed_____
                                    N. Yousuf, M.D.

NY:eg
DIC: 12/6/2013
Films from Menard  Correctional Center

M.D. Review
Date_____ 12 - 11 - 13
Doctor_____
Pull Chart _____
See Patient _____
File ____

received
12-11-13

MEN 00698

BURT SELECTED (MR) 0037

**ILLINOIS DEPARTMENT OF CORRECTIONS**

**Offender Outpatient Progress Notes**

Menard CC _____ Center

Offender Information:

Burt | Ronald | ID#: N60788
Last Name | First Name | MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 12/20/13 1000am | Medical Records Note: Requested records were mailed on this date. ——— | A. Rodgers, RHIT/MRD |
| 12/24/13 1045 | MD Note S: c/o cervical pain O: alert, in NAD neck ROM intact c-spine some mild narrowing C4-5 A: degenerative disease C4-C5 | Pt Exercises Meloxicam PRN as written Trost noted [signature] 12/27/13 1200pm [signature] |
| 12/31/13 9:45a | OPTOMETRY NOTE SEE IDOC 0081 | |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002) (Replaces DC 7147)

Printed on Recycled Paper

MEN 01598

BURT SELECTED (MR) 0038

 2 yr. PE

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Medical History**

Menard Correctional Center
Facility

**HIV Opt-Out:**
☐ Test
☐ Refused
☐ Reception History
☒ Periodic History

Date: 1 / 24 / 14

Time: 915  ☒ a.m.  ☐ p.m.

**Offender Information:**

| Burt | | Ronald | | E. | ID#: N60788 |
|------|--|--------|--|----|----|
| Last Name | | First Name | | MI | |

Race:  ☒ White   ☐ African American   ☐ Asian American   ☐ Hispanic   ☐ Native American   ☐ Other

Gender:  ☒ Male   ☐ Female     Date of Birth: 1 / 17 / 67

**Subjective:**   Past Medical History / History of Present Illness / Family History

| Condition | Yes | No | Family History | Explanation |
|-----------|-----|-----|----------------|-------------|
| Allergies | ✓ | | | ASA |
| Smoking | | ✓ | | |
| Pediculosis | | ✓ | | |
| Seizures | | ✓ | | |
| Asthma | | ✓ | | |
| Cardiac/HTN | | ✓ | | |
| Diabetic | | ✓ | | |
| Disability (vision, hearing, etc.) | | ✓ | | glasses |
| Communicable Disease | | | | HCV⊕ post tx |
|   a. Hepatitis/Jaundice | ☒ | ☐ | | |
|   b. Hx + PPD/Active TB | ☐ | ☒ | | |
|   c. STD | ☐ | ☒ | | |
|   d. HIV+/AIDS | ☐ | ☒ | | |
| Surgeries | ☒ | ☐ | | ⓇR knee rebuilt 96 or 97 |
| Hx of Psych Tx | | | | |
|   a. Past Suicide Attempt | ☒ | ☐ | | |
|   b. Current Suicidal Ideation | ☐ | ☒ | | |
| Recent Drug/ETOH use | ☐ | ☒ | | |
| Mobility Problems | | | | |
|   a. Assistive Devices | ☐ | ☒ | | |
|   b. Prosthetics | ☐ | ☒ | | |
|   c. Specialized Equipment | ☐ | ☒ | | |
| Other Medications | ✓ | | | Mobic - cspine |
| History of Sexual Abuse or Predator | | ✓ | | |
| Oriented x3 | ✓ | | | |
| Other: | | ✓ | | |

**ojective:** T:_____  P: 84  ☒ regular  ☐ irregular   R: 16  ☒ regular  ☐ irregular   BP: 134 / 94

Height: 6'3"   Weight: 150   Vision: RT 20/_____  LT 20/_____  Corrected: RT 20/ 25  LT 20/ 25

Behavioral appearance. Hearing loss. Mental status. Evidence of deformity, trauma, and skin conditions. Cooperative. ∅ hearing loss.
Stable. ∅ deformity or trauma. Denies rash. States has "sore/cyst" pubic area.

**Assessment:** A+O x3. Stable white male.

1. Allergy: ASA
2. glasses
3. HCV⊕
4. Psych Hx

TB screen done 1/17/14 B Horn

**Plan:** (Check and complete as appropriate)

1. Physical Examination:      ☐ Urgent   ☒ Routine
2. Mental Health Referral:    ☐ Urgent   ☒ Routine
3. Health Information Given:  ☒ Yes      ☐ Refused
4. PPD Results: Screen        ☐ Positive ☐ Negative
5. Chest X-ray performed:     ☒ N/A   ☐ Yes   ☐ No
6. Other: N/A

Date PPD Administered: __/__/__   Date PPD Read: __/__/__

Reading: _____ mm  By:_____

Print Name of Interviewer: H McGhee CMT

Signature

**R & C Use Only**

LAB:          Sickle Cell: ☐ Yes  ☐ No   Dental:          Panorex:

EKG:          CXR:          Female Only:  PAP:          Mamo:

Distribution:   Offender's Medical Record     Printed on Recycled Paper     DOC 0092 (Rev. 11/2012)

MEN 01490

BURT SELECTED (MR) 0039

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

MCCi _____ Center

| Offender Information: | | | |
|---|---|---|---|
| Burt | Ronald | E. | ID#: N60768 |
| Last Name | First Name | MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| | | |
| | 1st   RN Note / CNT Note | |
| | 2nd   Date: 3/9/14   Time: 3p | |
| | 3rd   Tubersol 0.1cc Intradermal Left Forearm | |
| | 4th   LOT ": C4511A# | |
| | 5th   Expiration Date: 5/21/16 | |
| | 6th   Given By: Engeloguim | |
| | RN NOTE | |
| 3.21.14 | S "the verbee all the prescribed | Refer to MD for |
| 750 pm | helped fight the inflamation | next pm evaluation |
| 118/76 | as it came more, but clt | ← |
| 84 | doesn't take the pain away | |
| 20 | It's the only thing that helped | |
| 98.4 | O) | |
| | he presents I pain in the L shoulder | |
| | area c/o sharp stabbing pain 7 on | |
| | a scale of 10. Tenderness higher then | |
| | R) pain upon palpation to cervical | |
| | mode. Irradiates from top of cervad | |
| | area to shoulder radiating down | |
| | A) All on Comfort | |
| | | |

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002
(Replaces DC 7147)

BURT SELECTED (MR) 0040

Case 3:13-cv-00794-NJR-GCS   Document 214-1   Filed 06/01/17   Page 41 of 49   Page ID #1860

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_____ *Menar* _____ Center

Offender Information:

*Burt* (Last Name)   *Ronald* (First Name)   *E* (MI)   ID#: *N60786*

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 3/27/14 1330 150# 98 126/72 72 14 | MD note S: relief c̄ mobic O: neck c̄ ↑ ROM A: osteoarthritis cervical spine P: mobic 7.5mg PO BID PRN × 6mo | |
| | noted Burt R 3/27/14 1:30 pm | |

Distribution: Offender's Medical Record

Printed on Recycled Paper

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

BURT SELECTED (MR) 0041

Burt, R - Menard Correctional Center Medical Records - 61

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_____ Center

| Offender Information: | | | |
|---|---|---|---|
| Burt | Ronald | | ID#: N60788 |
| Last Name | First Name | MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| ~/6/11 | MD note | |
| | S: c/o numbness/tingling ® | |
| | leg 1 3 days, ø other symptoms | |
| | O: alert in NAD | |
| | VSS neurovasc intact | |
| | ambulates well | |
| | A: ® leg arteth/pm | P: |
| | | RTC 1 wk |
| | | rosj md |
| | | [signature] 10/6/10 10:00pm |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 8/2002)
(Replaces DC 7147)

Printed on Recycled Paper

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

Menard Carr _____ Center

Offender Information:

Burt _____ Ronald _____ ID#: N 60788
Last Name          First Name      MI

| Date/Time | R N 60YE Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10-10-14 1:30 pm | S- C/o co pay ī chronic pain | C - F/u ī wk |
| | D- 9-25-14 Refused NSC due | |
| | to co-pay. 10-6-14 NSC for | |
| | numbness/tingling Rt leg → | |
| | refer to MD & seen ī F/u in wk | |
| | A-Grievance Response | (1 might RN |
| 10/14/ | ___ | flag of |
| 115 | S- to pt for numbness & | L-S spine |
| 150 | tingling "like my | to compare ī |
| ibu. | leg is asleep" X 1 week | 12/4/13. |
| aps 47 | started while he was | RSL 2/ week |
| 118/84 | walking; got dizzy & | Gus |
| 82) | disoriented that same | Fund |
| 16 | day. H/ of num. OVD | |
| 97.2 °f | L5-S1. + leg. c√ | |
| | O-Good steady gait | d/o WNL |
| | neurologically intact | |

BURT SELECTED (MR) 0043

ILLINOIS DEPARTMENT OF CORRECTIONS

## Offender Outpatient Progress Notes

_____ Center

| Offender Information: | | | |
|---|---|---|---|
| _Burt_ | _Ronald_ | | ID#: _N60781_ |
| Last Name | First Name | MI | |

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 9/1/14 11⁵ | _2nd solar of back_ _legs_ A - _Hypotonia_ ⓇLower ext, etc ???_ | _H 1914_ |
| 10/16/14 10ᴬ | **X-RAYS DONE** _Lumbar Spine_ | _B. Lippet RN_ |

Distribution: Offender's Medical Record

DOC 0084 (Eff. 9/2002) (Replaces DC 7147)

Printed on Recycled Paper

BURT SELECTED (MR) 0044

ONE RADIOLOGY
Normal, IL 61761
Date: October 17, 2014

PATIENT: Burt, Ronald
ID#:   N60788
DOB:  1/17/67
Ordered by: Dr. Fuentes
Menard Correctional Center

LUMBAR SPINE THREE VIEWS      10/16/2014

HISTORY: Numbness of the right leg.

FINDINGS:
There is mild degenerative disc disease at L5-S1 level.

No compression fracture or subluxation is seen.

Signed_____
                          N.   Yousuf, M.D.

NY:eg
DIC: 10/17/2014
Films from Menard Correctional Center

M.D. Review
Date_____10/22/14
Doctor_____
Pull Chart_____
See Patient_____

received
10-22-14

ILLINOIS DEPARTMENT OF CORRECTIONS

**Offender Outpatient Progress Notes**

_____ Center

Offender Information:

Burt            Ronald                    ID#: N68788
Last Name        First Name        MI

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 10/28/14 1150P ~95³ A.151 120/88 PCR R14 | 4. D. V.tc S - still c pain in the lumbar area, "unbearable" at times. O - pt here. Gone steady gait. X'ray of L-S spine — mild degen. changes L5-S1. A - DJD lumbar | buprofen 500 mg T BID prn x 2 months. RTC prn [illegible] Fav [illegible] |

BURT SELECTED (MR) 0046

Burt, R - Menard Correctional Center Medical Records - 76

**Wexford Health**
SOURCES INCORPORATED

## Initial Hepatitis Work Sheet - Illinois

Name: Burt, Ronald    Date: 5/8/14    Time: _____
ID Number: N60788    Institution: Menard CC    DOB/Age: 1-17-67 / 47

### NURSING ASSESSMENT:

Allergies: NKDA    MSR/Outdate: Life

Sex: ☒ Male ☐ Female    Race: ☒ Caucasian ☐ African American ☐ Hispanic ☐ Asian

| | | | |
|---|---|---|---|
| Intravenous Drug Use: | Yes ☒ No ☐ | Date Started: 1980 Date Ended: 1998 | Drugs: Cocaine + Heroine |
| Alcohol consumption: | Yes ☐ No ☒ | Date Started: _____ Date Ended: _____ | Avg Drinks Per Day: _____ |
| Tattooing: | Yes ☒ No ☐ | Multiple Sex Partners: Yes ☒ No ☐ | Partner with known B/C: Yes ☐ No ☒ |
| Previous Dx of Hep B/C: | Yes ☒ No ☐ | Date of Dx: 2000 | Previous Dx HIV: Yes ☐ No ☒ Date _____ |
| Hemodialysis: | Yes ☐ No ☒ | Blood Tx prior to 1992: Yes ☒ No ☐ Date: _____ | Other _____ |
| Episode Jaundice: | Yes ☐ No ☒ | | |
| VACCINES: Hep A/B | Yes ☒ No ☐ | Date Started: Unknown | Date Completed: Unknown |

Medications: 1 mobic 7.5mg Bid   2 _____   3 _____   4 _____
5 _____   6 _____   7 _____   8 _____

### PROVIDER ASSESSMENT:

**Comorbidities:**
H/O:
☐ Thyroid Disease   ☐ None   ☐ Coronary Heart Dz   ☐ Cerebrovascular Disease   ☐ COPD   ☐ Renal Insufficiency   ☐ Diabetes
☐ Thrombocytopenia   ☐ Esophageal Varices   ☐ Ascites   ☐ Upper or Lower GI Bleed   ☐ Active PUD   ☐ Coagulopathy   ☐ Jaundice/Hyperbilirubinemia
☐ Neuropsychiatric Disorder   ☐ Anemia   ☐ HIV   ☐ Connective Tissue Disease   ☐ Solid Organ Transplant   ☐ Hypertension
   ☐ Age >50   ☒ Other: Scoliosis

*Stability Status of each Comorbid Illness (should correlate with medications/ comorbidities listed):
1. On mobic for Neck Pain (Scoliosis) - medication working
2. _____
3. _____
4. _____

*Example: List HbA1c% if Diabetic, last TSH if thyroid d.o., list mental health med doses and duration on those doses or changes in doses if mental health disorder, CD4 count/ HIV VL if HIV coinfected, etc.

Studies: HgbHct 14.5 / 45.7  Plts 149  WBC 5.2  ANC 2.8  Date 12-4-13  PT/INR 1.1 /14.5  Date 12-4-13
Na 137  K+ 4.0  Cl 104  CO2 25  BUN/Cr 11 / 1.0  Date 12-4-13
ALT 43  AST 32  Alk Phos 53  Tot Bili/Direct 0.9 / 0.3  Albumin 4.3  Date 12-4-13
Hep A IgG ☐ Pos ☐ Neg   Hep Bs Ag ☐ Pos ☐ Neg   Hep Bs Ab ☒ Pos ☐ Neg   Hep C Ab ☐ Pos ☐ Neg   HIV Ab ☐ Pos ☐ Neg

APRI = AST/ULN AST x 100/Platelet Count (10⁹/L) = 0.536    (< 0.50 = Normal)

Previous HCV Genotype/ HCV Viral load testing Date: 1A  3289620    Date 2/18/10

☒ Previous Liver Biopsy Date: 5/1/8    Result: G3 S2    (Fax Biopsy Report 412-937-9151)

Collegial discussion with Hepatitis Coordinator regarding consideration for Hepatitis treatment:
☐ Date/ Time of discussion: _____
☐ Recommendations made: _____
Recommended Follow-up testing/ labs ordered on date _____

Nurse Signature _[signature]_    Date: 5/12/14    Time _____
Provider Signature _____    Date: _____    Time _____

BURT SELECTED (MR) 0047



OneRadiology
Normal, IL  61761
Date:  December 6 , 2012

Patient:  Burt, Ronald
ID#:    N60788
DOB:  1/17/67
Ordered by:  Dr. Nwaobasi
Menard Correctional Center

CERVICAL SPINE THREE VIEWS      12/5/2012

HISTORY:   Chronic pain.

FINDINGS:   There is narrowing of the disc at C4-C5 level suggestive of degenerative process.

The precervical soft tissues are not thickened and there is no gross evidence of an acute regional bony fracture or dislocation.

The trachea is midline.

Signed_____
                N.  Yousuf,  M.D.

NY:eg
DIC: 12/6/2012
Films from Menard Correctional Center

M.D. Review
Date_____
Doctor_____
Pull Chart_____
See Patient_____
File_____

received
12-11-12

BURT SELECTED (MR) 0048



**ILLINOIS DEPARTMENT OF CORRECTIONS**

**ODIE WASHINGTON**
Director

Menard Correctional Center / Menard, Illinois  62259-0711 / Telephone (618) 826-5071

PATIENT NAME: Burt, Ronald

DATE OF EXAMINATION: 10-24-96

PATIENT NO.: N60788

ATTENDING PHYSICIAN: Khan

BIRTH DATE: 1-17-67

INSTITUTION: Menard CC

EXAMINATION REQUESTED: C-Spine

RELEVANT HISTORY: C/o Back + Neck pain

CERVICAL SPINE

There is a mild left convex torticollis centered at C3 and a lower cervical upper thoracic scoliosis convex to the right centered at C6/C7.  The prevertebral, predental and intervertebral disc spaces are of normal width.  No fracture, spondylolisthesis or destructive changes are identified.

IMPRESSION:   NO FRACTURE.

　　　　　　　　　TORTICOLLIS AND SCOLIOSIS.

| Xray/Lab Report | | |
|---|---|---|
| Rec'd C-L Off | Date 10-28-96 | Initial 7L |
| Dr. Reviewed | 10/28/98 | LL |
| Status per Dr Order | | |
| Renewal | ☐ | |
| Pres... | ☐ | |
| C... | | |
| No ... | ☒ | |
| Initials ...T/ad with Dr. | BO | |

MICHAEL J. SILBERSTEIN, M.D.
MJS/sb

RADIOLOGIST

BURT SELECTED (MR) 0049